Dinio, Appellant, *v.* Wright et al.

Argued November 13, 1973. *Albert J. Dinio,* appellant, in propria persona; *A. C. Scales,* with him *Thomas R. Ceraso,* and *Scales and Shaw,* for appellee, and *David L. Robinson,* with him *Robinson, Fisher & Long,* for appellee.

Order and decree affirmed.

SPAULDING, J., absent.

Douthett et vir, Appellants, *v.* Metzger et al.

Argued November 14, 1973. *Franklyn E. Conflenti,* with him *Cauley, Birsic & Conflenti,* for appellants; *Robert N. McGee, Jr.,* for appellees.

Judgment affirmed.

SPAULDING, J., absent.